UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-22002-BLOOM/Otazo-Reyes**

BETH STERNBAUM,

    Plaintiff,

v.

THE REFINERY LAB, LLC, and
DOES 1 THROUGH 10 INCLUSIVE,

    Defendants.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court following Plaintiff's Motion for Final Default Judgment, ECF No. [15] ("Motion"), filed on November 2, 2022. For the reasons set forth in the Court's Order on the Motion, the court enters a **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Plaintiff Beth Sternbaum ("Plaintiff") and against The Refinery Lab, LLC ("Defendant") as follows:

1. Judgment is entered in favor of Plaintiff on all claims.

2. Plaintiff shall recover $16,965.00 from Defendant:

    a. $15,000.00 in statutory damages for copyright infringement;

    b. $1,500.00 in reasonable attorneys' fees; and

    c. $465.00 in costs

3. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

4. The Clerk of Court is directed to **CLOSE** this case. All deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

Case No. 22-cv-22002-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 4, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

The Refinery Lab, LLC
25 SE 2nd Avenue
Suite 606
Miami, FL 33131